THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v WILLIAM JACOBS, Appellant. [977 NYS2d 910]—

The defendant validly waived his right to appeal (*see People v Ramos*, 7 NY3d 737 [2006]). Accordingly, the defendant waived his right to seek appellate review of the suppression ruling, claims of ineffective assistance of counsel that did not affect the voluntariness of the plea (*see People v Soria*, 99 AD3d 1027, 1028 [2012]), and the alleged excessiveness of the sentence (*see*

*People v Bissoon*, 100 AD3d 917 [2012]). The record reveals that the defendant received an advantageous plea, and nothing in the record casts doubt on the apparent effectiveness of counsel (*see People Ropiza*, 100 AD3d 935 [2012]). Balkin, J.P., Chambers, Roman and Hinds-Radix, JJ., concur.